UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-BK-50434 |
| | ) | |
| DANIEL W. BAMBRICK, JR. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor | ) | JUDGE: KOSCHIK |

## MOTION TO WAIVE COUNSELING/FINANCIAL MANAGEMENT COURSES

Now comes Daniel W. Bambrick, Jr., by and through counsel and power of attorney Cathleen Bambrick, who humbly requests this Court waive the required Pre-Petition Counseling and Financial Management courses normally required in a bankruptcy petition. Debtor, Daniel Bambrick, Jr., is currently serving time with the Ohio Department of Corrections and does not have access to these courses.

Respectfully Submitted,

/s/ Mark Graziani
Mark F. Graziani #0092927
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Debtor Daniel Bambrick, Jr.

1