## POWER OF ATTORNEY

STATE OF OHIO      :

                         :

COUNTY OF CUYAHOGA   :

     KNOW ALL MEN BY THESE PRESENTS, that I, Daniel W. Bambrick, Jr., of the City of South Euclid, County of Cuyahoga, State of Ohio, an adult citizen of the United States have made, constituted, and appointed, and by these presents do make, constitute and appoint my mother, Cathleen Bambrick, 4515 Wilburn, South Euclid, Ohio 44121, my true and lawful attorney, for me and in my name, place and stead without the requirements of a bond:

1. to deal generally and in all respects, without restriction, in and with any property, of any nature whatsoever in which I may have title or interest;

2. to exercise in all respects full management, control and powers including but not limited, to sell, with respect to all my property, whether real or personal as I could do.

3. to ask, demand, sue for, collect, and receive all sums of money, dividends, interest, payments on account of debts and legacies, and all property now due or which may hereafter become due and owing to me, and give good and valid receipts and discharges for such payments;

4. to sell, assigns, and transfer stocks and bonds and securities of all kinds, in my name and for my account with any stock brokerage house, securities firm or bank, and at such prices as shall deem good and proper to my attorney;

5. to liquidate any assets of mine to make investments of any monies belonging to me as my said attorney in her restricted judgment and discretion may deem best;

6. to sign, execute, acknowledge, and deliver in my name all transfers and assignments of securities;

7. to borrow money and to pledge securities or other assets for such loans if in the judgment of my attorney such action is necessary;

8. to consent in my name to reorganization, dissolutions, and mergers, and to exchange securities for new securities;

9. to place and effect insurance on my life, or for my health and medical care, or on my property;

10. to do business with any and all banks, savings and loan companies, brokerage companies, including, but not limited to PNC Bank, particularly to endorse all checks, notes, drafts and any commercial paper payable to my order and collect the proceeds thereof;

11. to enter and remove assets from any safety deposit box owned by me or registered in my name and to close and release any

lease on such box;

12.  to sign in my name with any and all banks, savings and loan companies, and other organizations, including, but not limited to, PNC Bank, to sign checks or any other documents on any accounts, both savings and checking or certificates of deposit or money market funds, brokerage company accounts, etc. standing in my name; and to withdraw funds from my checking or savings accounts and deposit funds thereto; and to open or close accounts in my name or in my attorney's name as my attorney-in-fact; and to redeem any bonds in my name including but limited to U.S. Savings Bonds;

13.  to make payments and expenditures as may be necessary in connection with any of the foregoing matters or with the administration of my affairs and, to use any monies and property belonging to me for my maintenance, care and comfort;

14.  to create agency accounts, custodial accounts or inter vivos trusts, or to add funds or properties to existing inter vivos trusts heretofore established by me;

15.  to transfer and/or add any part of all of my property to any existing inter vivos trust which I have established during my lifetime;

16.  to retain counsel and attorney on my behalf, to appear for me in all actions and proceedings to which I may be a party in the courts of Ohio, or any other state in the United States, or in the United States Courts, to commence actions and proceedings in my name if necessary, to sign verify in my name all complaints, petitions, answers and other pleadings of every description;

17.  to make and verify any and all income tax returns, personal property tax returns and any and all other tax matters before any officer of the Internal Revenue Service, within the limitations of the applicable Revenue Rulings and procedures.

18.  to demands, receive, and make claim for any accounts receivable legacies, devisees, annuities, and any property due me; hereby giving and granting to my said attorney full power and authority to do and perform all and every act and thing whatsoever necessary to be done in the premises, as fully to all intents and purposes as I might or could do if personally present, with full power of substitution and revocation, and I hereby ratify and confirm all that my said attorney does pursuant to this power.

The rights, power and authority of my attorney-in-fact to exercise any and all of the rights and powers herein granted shall commence and be in full force and effect on this 13 day of ___July___, 2011, and such rights, powers and authority shall remain in full force and effect thereafter until I specifically revoke, in writing, such rights, powers and authority and until I give written notice of such revocation to my said attorney; further this power shall not be affected by my said disability, incapacity, or adjudged incompetency.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 13th day of _July_____, 2011.

_Daniel W. Bambrick, Jr._
DANIEL W. BAMBRICK, JR.

The foregoing instrument, consisting of three (3) typewritten pages, including this page, was signed, published and declared by Daniel W. Bambrick, in the presence of us, who at his request, in his presence and in the presence of each other, have subscribed our names as witnesses.



_____ ADDRESS _NCCI P.O. Box 1812_

_MARION, OH 43301-1812_

_Matthew DeYoung_ ADDRESS _NCCI Po Box 1812_

_marion oh 43301-1812_

STATE OF OHIO

I hereby certify that on this day, before me, an officer duly authorized in the state aforesaid, acknowledges that personally appears Daniel W. Bambrick, Jr., before me known to be the person described in and who executed the foregoing instrument, and he acknowledged before me that he executed the same.

Scott A. Dye
Notary Public-State of Ohio
My Commission Expires
_Feb 2 2016_

_Scott A. Dye_
NOTARY PUBLIC